IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : | Consolidated Under MDL DOCKET NO. 875 |
| TIMOTHY AND CAROLINE VEST, Plaintiffs, v. ASBESTOS DEFENDANTS, ET AL., Defendants. | : : : : : : : : : | Transferred from the Northern District of California E.D. PA CIVIL ACTION NO. 2:11-00061 |

## **O R D E R**

**AND NOW,** this **25th** day of **May 2011,** it is hereby **ORDERED** that Plaintiff's Motion to Remand (doc. no. 24) filed on April 1, 2011 is **GRANTED.**

It is further **ORDERED** that the above-captioned case be **REMANDED** to the Superior Court of the State of California in and for the County of Alameda.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**